UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Northstar Healthcare Consulting, LLC, <br> Plaintiff(s), <br><br> vs. <br><br> Magellan Rx Management, LLC., <br> Magellan Medicaid Administration, <br> Inc. and Magellan Health, Inc., <br> Defendant(s). | CIVIL ACTION FILE <br><br> NO.  1:17-cv-01071-ODE |

## A M E N D E D   J U D G M E N T

This action having come before the court, Honorable Orinda D. Evans, United States District Judge, for consideration of Defendants' Motion for Summary Jugment and Attorney's Fees and Costs, and the court having Granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendants recover $1,414,023.90 in litigation costs and attorneys' fees in this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 18th day of June, 2020.

JAMES N. HATTEN
CLERK OF COURT

By:  s/*Barbara D. Boyle*
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
June 18, 2020
James N. Hatten
Clerk of Court

By:   B. D. Boyle
Deputy Clerk